No. 00–8303. HARRIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–8308. HARRISON, AKA IORIZZO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8309. HART/CROSS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–8311. ABRAHAM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–8315. MCCLAREN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8320. CLARK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8322. LOPEZ-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8324. MCDONALD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8334. SAMBRANO VILLARREAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8335. RICHARDSON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–8336. RAMOS REYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8338. LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8354. REYES-ROMERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8357. MORRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8359. LINDSAY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8396. STEELE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.